IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KBS LEGACY PARTNERS GRAND, LLC, )
                                                  )
            Plaintiff,     )
                                                  )
    v.                                     )           1:16CV1302
                                                  )
CHERYL R. WILLIAMS,             )
                                                  )
            Defendant.    )

**ORDER OF REMAND**

On January 11, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 9, 10.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the District Court of Cabarrus County for lack of federal subject-matter jurisdiction. The Clerk of Court is directed to send a certified copy of this Order to the Cabarrus County District Court Clerk.

This the 2nd day of March, 2017.

                                                /s/ William L. Osteen, Jr.
                                                     United States District Judge